1028

No. 95–9161. Yu v. United States. C. A. 9th Cir. Certiorari denied.

No. 95–9163. Tapia Garcia v. United States. C. A. 9th Cir. Certiorari denied.

No. 95–9164. Farmer v. United States. C. A. 8th Cir. Certiorari denied.

No. 95–1569. Sidwell v. Express Container Services, Inc., et al. C. A. 4th Cir. Motion of petitioner to consolidate this case with No. 95–1840, *Parker et al.* v. *Director, Office of Workers' Compensation Programs, United States Department of Labor, et al.*, denied. Certiorari denied.

No. 95–1670. McDonald v. Youakim et al. C. A. 7th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 95–1720. Green Construction Co. et al. v. VanKirk, West Virginia Commissioner of Highways. Sup. Ct. App. W. Va. Motion of American Insurance Association et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 95–1734. M. H. v. T. J. et al. Ct. App. D. C. Motion of respondent M. D. for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 95–6997. Siwa v. Office of Personnel Management, 517 U. S. 1138;

No. 95–7004. Mauricio v. Office of Personnel Management, 517 U. S. 1138;

No. 95–7007. De Jesus v. Office of Personnel Management, 517 U. S. 1138;

No. 95–7088. Danao v. Office of Personnel Management, 517 U. S. 1139;

No. 95–7147. Navarro v. Office of Personnel Management, 517 U. S. 1140;

No. 95–7463. Tillo v. Office of Personnel Management, 517 U. S. 1141;

No. 95–7915. Scott v. California, 517 U. S. 1144;

No. 95–8058. McQueen v. Hayes et al., 517 U. S. 1145;

No. 95–8080. WHITE v. ZIMMERS, CLERK, COURT OF COMMON PLEAS OF OHIO, MONTGOMERY COUNTY, 517 U. S. 1171;

No. 95–8124. BALELE v. KLAUSER, SECRETARY, DEPARTMENT OF ADMINISTRATION, ET AL., 517 U. S. 1172;

No. 95–8154. TINSLEY v. METHODIST HOSPITAL OF INDIANA, 517 U. S. 1146;

No. 95–8155. BECKER v. UNITED STATES, 517 U. S. 1126; and

No. 95–8383. SUSSMAN v. NEW YORK, 517 U. S. 1173. Petitions for rehearing denied.

No. 94–2133. CRAWFORD v. UNITED STATES DEPARTMENT OF AGRICULTURE, 516 U. S. 824; and

No. 95–6259. GERWIG v. CALIFORNIA DEPARTMENT OF CORRECTIONS, 516 U. S. 1013. Motions for leave to file petitions for rehearing denied.

JUNE 26, 1996

No. 95–1910. ZIMMER ET UX. v. AMERICAN TELEPHONE & TELEGRAPH COMPANY OF MICHIGAN ET AL. C. A. 6th Cir. Certiorari dismissed as to American Telephone & Telegraph Company of Michigan under this Court's Rule 46.1.

JUNE 27, 1996

No. A–1054 (95–9439). JOUBERT v. HOPKINS, WARDEN. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.

No. 95–9424 (A–1040). JOUBERT v. HOPKINS, WARDEN. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.